**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2371**

In re:  NICHOLAS JAMES QUEEN, SR.

Petitioner.

On Petition for Writ of Mandamus
(No. 1:93-cr-00366-WMN-1)

Submitted: April 4, 2012          Decided:  April 25, 2012

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Nicholas James Queen, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr. petitions for a writ of mandamus, seeking an order directing the district court to rule on a Fed. R. Civ. P. 60(b) motion. Our review of the district court's docket sheet discloses that the court denied the Rule 60(b) motion on March 30, 2012. Accordingly, because the district court has ruled on the motion, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

PETITION DENIED